

## Johnson, Smith & Associates

400 West Cummings Park
Suite 1725-135
Woburn, Mass 01801

**Hours of Operation:**
Monday – Thursday 9:00 am – 7:00pm
Friday 9:00 am – 5:00 pm EST

www.jsmithassociates.com

Toll Free: (855) 718-4170   FAX: (978) 513-8269

*Personal and Confidential*

*[handwritten: Sent CR# 862031  5/22/18   3,401.19]*

May 16, 2018

**LEONARD THRASHER**
**25648 CAPSHAW RD**
**ATHENS, AL 35613**

Re: Original Creditor: **HEALTH MANAGEMENT ASSOC. / SABASTIAN RIVER**
Status: **BREACH OF CONTRACT / SETTLEMENT AGREEMENT**
Original Account #: **8235188434**

Account: **#303444**
Balance: **$8,510.04**
Settlement: **$3,401.19**

This letter is for the sole purpose of verifying the above referenced account and offering an out of court settlement agreement. As of February 21st, 2018, **Johnson, Smith & Associates** represent the portfolio that includes the above referenced account.

**Johnson, Smith & Associates** is prepared to settle the above mentioned account **IN FULL for $3,401.19, provided funds are received no later than May 28, 2018.** If funds are not received by the due date(s), this agreement will be considered **NULL and VOID**. This is a one-time out of court settlement and we are not obligated to renew this offer. If you fail to take advantage of this offer, you leave us no choice but to recommend this case proceed with legal action.

Once the funds for the above referenced account have cleared your bank, **Johnson, Smith & Associates** will release you from all legal claims and liabilities pertaining to this account and our trade line with **all major credit bureaus will be updated and removed permanently.** If the account has been outsourced to an attorney in your state, or if the litigation process has been initiated, we will retract any complaints and the above referenced account will be deemed resolved. Any waved interest, fees or penalties **NEED NOT** be reported as taxable income on your tax return.

If you are unsure whether the payment will be received in our offices on or before the due date, or if you wish to discuss your available options, you may contact the undersigned case manager.

Sincerely,

*[signature: Edward Logan]*

**Edward Logan**
**Case Manager**

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**



# Johnson, Smith & Associates

400 West Cummings Park
Suite 1725-135
WOBURN, Mass 01801

**Hours of Operation:**
Monday–Thursday 9:00 am -7:00pm
Friday   9:00 am – 5:00 pm EST
www.jsmithassociates.com

Toll Free: (855) 718-4170     FAX: (978) 513-8269

May 16th, 2018

*Personal and Confidential*

LEONARD THRASHER
25648 CAPSHAW RD
ATHENS, AL 35613

RE: Chain of Title

Re: Original Creditor: HEALTH MANAGEMENT ASSOC. / SABASTIAN RIVER
Original Account #: 8235188434
Account: #303444
Balance: $8,510.04

This letter is intended for the sole purpose of validating the above mentioned account, and verifying the "CHAIN OF TITLE". Johnson Smith and Associates is the successor of interest to (HMA – SABASTIAN RIVER – BILL #8235188434).

The following account was liquidated by Health Management Associates to IPI Financial. IPI Financial liquidated this account to Brockton Capital Group on April 7, 2017. Johnson, Smith & Associates is the successor for the purpose of collections and/or litigation as of April 21, 2018.

Johnson Smith and Associates intends to release full liability and mutually agrees to suppress the 1099-C on completion of any and all settlement agreements.

If you have any questions or concerns please contact our office,

*Jerry Lane*

erry Lane
ent Relations Manager